UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TERI BEVILLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JANSSEN PHARMACEUTICALS a/k/a ORTHO- | ) | Case No. 14-cv-01080-JAP-LHG |
| MCNEIL PHARMACEUTICALS; JOHNSON & | ) | |
| JOHNSON; ELI LILLY AND COMPANY; | ) | |
| ELAN PHARMACEUTICALS, INC.; SANOFI- | ) | |
| AVENTIS U.S. LLC a/k/a AVENTIS | ) | |
| PHARMACEUTICALS, INC.; THE ABBOTT | ) | |
| LABORATORIES, INC.; BRISTOL-MYERS | ) | |
| SQUIBB COMPANY, as successor to E.R. Squibb | ) | |
| and Sons, Inc.; DART INDUSTRIES, INC., as | ) | |
| successor to United Drug Company, Rexall Drug | ) | |
| & Chemical Drug Company; | ) | |
| GLAXOSMITHKLINE, as successor to | ) | |
| Burroughs-Wellcome & Co.; KREMERS-URBAN | ) | |
| COMPANY; MALLINCKRODT, INC.; MERCK | ) | |
| & CO., INC.; PERSON & COVEY, INC.; | ) | |
| PHARMACIA AND UPJOHN COMPANY; | ) | |
| PREMO PHARMACEUTICAL | ) | |
| LABORATORIES, INC., w/s/o Corporation Trust | ) | |
| Co.; UCB, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**~~PROPOSED~~ CONSENT ORDER FOR *PRO HAC VICE*
ADMISSION OF SHEILA ANNMARIE MOELLER, ESQ.**

THIS MATTER having been opened to the Court by Jardim, Meisner & Susser, P.C. (Bennet Susser, Esq., appearing), attorneys for Defendant, Dart Industries, Inc. ("Dart") for an Order, pursuant to Local Civil Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey admitting Sheila AnnMarie Moeller, Esq. of Gilbride, Tusa, Last & Spellane, LLC *pro hac vice* for purposes of representing Dart in this matter together with Dart's New Jersey counsel; counsel for Plaintiff and counsel for all Co-Defendants having consented to the form and entry of this Order in open Court on August 4, 2014; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this __15th__ day of __August__ , 2014;

ORDERED that:

Sheila AnnMarie Moeller, Esq. of the firm Gilbride, Tusa, Last & Spellane, LLC, located at 708 3rd Avenue, 26th Floor, New York, NY 10017, a member in good standing of the following jurisdictions:

- State of New York (1988);

- State of Wisconsin (1984);

- United States District Court for the Southern District of New York (1990);

- United States District Court for the Eastern District of New York

(1994);

- United States District Court for the District of Maryland (1987);

- United States District Court for the Eastern District of Wisconsin (1986);

- United States District Court for the Western District of Wisconsin (1986);

- United States Court of Appeals for the Second Circuit (1989);

- United States Court of Appeals for the Fourth Circuit (1987); and

- United States Court of Appeals for the Sixth Circuit (1996).

be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Dart shall be signed by a member or associate of the law firm of Jardim, Meisner, & Susser, P.C., who shall remain counsel of record upon whom all notices, orders, and pleadings shall be served, who shall sign all of Dart's pleadings, briefs and other papers filed with this Court, and who shall be responsible for said papers, for the conduct of the cause, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of Sheila AnnMarie Moeller, Esq.;

AND IT IS FURTHER ORDERED that Sheila AnnMarie Moeller, Esq. shall be bound by the Rules of this Court, including all applicable disciplinary rules, and will notify the Court immediately of any matter affecting her good standing before the bar of any jurisdiction.

AND IT IS FURTHER ORDERED that Sheila AnnMarie Moeller, Esq. shall, within twenty (20) days from the date of entry of this Order granting *pro hac vice* admission, send a copy of the Order along with the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2, an annual fee to the Oversight Committee to be used for attorney discipline and fee arbitration pursuant to New Jersey Court Rule 1:20-1(b), and an annual assessment for the administration of the Lawyers' Assistance Program pursuant to New Jersey Court Rule 1:28B(e), and for each calendar year that this matter is pending;

AND IT IS FURTHER ORDERED that Sheila AnnMarie Moeller, Esq. shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey;

AND IT IS FURTHER ORDERED that Sheila AnnMarie Moeller, Esq. shall be bound by the General Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. CIV. R.

4

103.1 ("Judicial Ethics and Professional Responsibility"), and L. Civ. R. 104.1 ("Discipline of Attorneys");

AND IT IS FURTHER ORDERED that Sheila AnnMarie Moeller, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended, and to otherwise abide by the Rules of Court, including all disciplinary rules.

AND IT IS FURTHER ORDERED that Sheila AnnMarie Moeller, Esq. shall be deemed to have agreed that, upon admission *pro hac vice*, she shall consent to the appointment of the Clerk of the Supreme Court of New Jersey as agent upon whom service of process may be made for all actions against her or her law firm that may arise out of her participation in this matter.

_____
HON. LOIS H. GOODMAN, U.S.M.J.